IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                                                                                     RELEASE ORDER

                                    Plaintiff,

    v.

                                                                                                             06-cr-44-wmc

RYAN PAPENFUSS,

                                    Defendant.
_____

      It is ORDERED that defendant Ryan Papenfuss is RELEASED FROM CUSTODY to continue on supervised release pending his revocation hearing on October 12, 2010.

      Entered this 4th day of October, 2010.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge