UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                              Case No. 06-CR-44-WMC

RYAN PAPENFUSS

      Defendant.

---

CERTIFICATE OF SERVICE

---

The undersigned hereby certify that on October 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Addressees:   Attorney Meredith P. Duchemin
                  United States Attorney's Office
                  P.O. Box 1585
                  Madison, WI 53701-1585

I further certify that I have mailed by United States Postal Service the document to the following non ECF participants: Ryan Papenfuss

                                          Respectfully submitted October 12, 2010

                                          /s/ *Anthony C. Delyea*
                                          Anthony C. Delyea State Bar No. 1036436
                                          DELYEA LAW OFFICE, LLC
                                          Attorneys for Ryan Papenfuss
                                          1027 E. Johnson St. #1
                                          Madison, WI 53703-1623
                                          (608) 251-2324