IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                    ORDER

        v.                          06-CR-044-wmc-01

RYAN R. PAPENFUSS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        A judicial review hearing was held on October 12, 2010, and Ryan R. Papenfuss' term of supervised release was revoked. As a special condition of his second term of supervised release, the court imposed a requirement that Mr. Papenfuss spend 90 days in a residential reentry center, staying placement provided there are no further violations of substance, alcohol or gambling abuse conditions as set forth during the hearing.

        The Court is advised that Ryan P. Papenfuss acknowledged alcohol use on October 27, November 4, November 8, November 13, and November 16, 2010. Mr. Papenfuss also wrote directly to the Court advising of the details of his November 16, 2010, violation. The probation office now reports that Mr. Papenfuss appears to be addressing his dependence on alcohol through his admission to his relapse and continued participation in treatment. This is confirmed by Wenden Recovery Services, where he is receiving treatment services. According, his 90-day residential reentry center placement will remain stayed to allow him an opportunity to continue with his current course of treatment.

Entered this 30th day of November 2010.

                                            BY THE COURT:
                                            /s/

                                            _____
                                            William M. Conley
                                            U.S. District Judge