IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,                          ORDER

      v.                                           06-CR-044-wmc-01

RYAN R. PAPENFUSS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORDER

IT IS ORDERED that the remaining 28 days of defendant's residential reentry center placement be served on home confinement under electronic monitoring.

The next video conference is scheduled for January 27, 2012, at 11:00 a.m.

Entered this 18th day of October, 2011.

BY THE COURT:

_____
William M. Conley
U.S. District Judge