PROB 35                                                  Report and Order Terminating Supervised Release
                                                                                 Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

                v.                                                                Criminal No.   06-CR-044-WMC-01

Ryan R. Papenfuss

### ORDER OF THE COURT

It is ordered that Ryan R. Papenfuss be discharged from supervision and that the proceedings in this case be terminated.

         Dated this    4th    day of   May  , 2012.

                                                        /s/ William M. Conley
                                                       Honorable William M. Conley
                                                       U.S. District Judge